

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00707-CV

Marko **LAFUENTE**,
Appellant

v.

**DUVAL COUNTY**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-24-36
Honorable Baldemar Garza, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
           H. Todd McCray, Justice
           Velia J. Meza, Justice

Delivered and Filed: March 25, 2026

DISMISSED

On February 10, 2026, appellant filed a voluntary motion to dismiss this appeal. Appellee has not responded. *See* TEX. R. APP. P. 10.3(a). Therefore, we GRANT the motion and DISMISS this appeal. TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant. TEX. R. APP. P. 42.1(d).

PER CURIAM